**No. 10-9204. Omar Chavez, et al., Petitioners v. The Medical Assurance Company, Inc., et al.**

563 U.S. 1020, 131 S. Ct. 2950, 180 L. Ed. 2d 224, 2011 U.S. LEXIS 4152.

May 31, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until June 21, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

■

**No. 10-9902. Mohamed Seydy, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1020, 131 S. Ct. 2950, 180 L. Ed. 2d 224, 2011 U.S. LEXIS 4118.

May 31, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 21, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

■

**No. 10-8974. Barion Perry, Petitioner v. New Hampshire.**

563 U.S. 1020, 131 S. Ct. 2932, 180 L. Ed. 2d 224, 2011 U.S. LEXIS 4091.

May 31, 2011. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of New Hampshire granted.

■

**No. 10-914. Mohamed Poonja, Trustee, Petitioner v. Jack Tramiel.**

563 U.S. 1021, 131 S. Ct. 2930, 180 L. Ed. 2d 224, 2011 U.S. LEXIS 4151.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 617 F.3d 1102.

■

**No. 10-937. Fayez Damra, aka Alex Damra, Petitioner v. United States.**

563 U.S. 1021, 131 S. Ct. 2930, 180 L. Ed. 2d 224, 2011 U.S. LEXIS 4075.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 621 F.3d 474.

■

**No. 10-1031. National Corn Growers Association, et al., Petitioners v. Environmental Protection Agency, et al.**

563 U.S. 1021, 131 S. Ct. 2931, 180 L. Ed. 2d 224, 2011 U.S. LEXIS 4037.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 392 U.S. App. D.C. 101, 613 F.3d 266.